**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| MARIA BISPO, | * | |
| | * | Case No. 8:11-cv-03195-AW |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| CAPIO PARTNERS, | * | |
| | * | |
| Defendant | * | |

**STIPULATION OF DISMISSAL**

COME NOW MARIA BISPO (the "Plaintiff"), and CAPIO PARTNERS (the "Defendant") and stipulate to the dismissal of this civil action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

SO STIPULATED:

**/s/ Robinson S. Rowe**
Robinson S. Rowe, Bar No. 27752
5906 Hubbard Drive
Rockville, MD 20852
TEL: 301-770-4710 / FAX: 301-770-4711

**/s/ Erin O. Millar**
Erin O. Millar, Bar No. 28325
7 St. Paul Street
Baltimore, MD, 21202
TEL: 410-659-6424 / FAX: 14102342377

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 23rd day of January, 2012, a copy of the foregoing Stipulation of Dismissal was served via the Court's electronic filing system on all interested parties.

                                                               **/s/ Robinson S. Rowe**